Nos. 530 and 531. SMITH ET AL. *v.* OCKERHAUSEN ET AL. January 30, 1939. Petition for writs of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. David F. Smith* for petitioners. *Mr. John E. Laskey* for respondents.

No. 535. TENNESSEE WESLEYAN COLLEGE *v.* COFFEY, RECEIVER, ET AL.; and

No. 536. SAME *v.* KENT, RECEIVER. January 30, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. J. A. Fowler* and *J. J. Lynch* for petitioner. *Messrs. William L. Frierson* and *R. P. Frierson* for respondents. Reported below: 97 F. 2d 686.

No. 538. MARYLAND CASUALTY Co. *v.* SAMMONS ET AL. January 30, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Charles Julian Bloch* for petitioner. No appearance for respondents.

No. 532. DEPPE *v.* GENERAL MOTORS CORP. January 30, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. William P. Deppe, pro se.* No appearance for respondent.

No. 537. PACIFIC HEALTH CORP. *v.* CALIFORNIA EX REL. STATE BOARD OF MEDICAL EXAMINERS. January 30, 1939. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. John H. Riordan* for petitioner. *Messrs. Earl Warren* and *Lionel B. Browne* for respondent.